388 A.2d 826.

WASHINGTON PARK CITIZENS ASSOCIATION, INC. *et al.*
*v.* BUILDING BOARD OF REVIEW, CITY OF PROVIDENCE.

AUGUST 1, 1978.

PRESENT: Bevilacqua, C.J., Joslin, Kelleher and Doris, JJ.

PER CURIAM. The court being equally divided, the decision of the Building Board of Review of the City of Providence is affirmed.

Mr. Justice Weisberger did not participate.

*Robert B. Mann,* for petitioners.

*Swan, Jenckes, Asquith & Davis, Henry M. Swan,* Intervenor, for ALGONQUIN LNG, INC.